STRANG v. FULLER & JOHNSON MFG. CO. (Circuit Court of Appeals, Seventh Circuit. August 8, 1903.) No. 996. Appeal from the Circuit Court

of the United States for the Western District of Wisconsin. Charles M. Peck and Lysander Hill, for appellant. William R. Bagley, for appellee. No opinion. Dismissed pursuant to rule 20.